John Meyer
225629
16024 W. Brian Ave
Kerman, CA. 93630
Attorney for Defendant
Tauri Valera

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:18-cr-00054 BAM DAD |
|---|---|
| Plaintiff, | |
| vs. | WAIVER OF DEFENDANT'S PRESENCE; ORDER |
| TAURI VALERA, | |
| Defendant | |

     Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, the defendant, TAURI VALERA, hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence. Defendant hereby requests the Court to proceed during every absence of her which the Court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, the same as if defendant were personally

WAIVER OF DEFENDANT'S
PRESENCE; ORDER - 1

present; and further agrees to be present in court ready for trial any day and hour the Court may fix in her absence.

Defendant further acknowledges that she has been informed of her rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and authorizes her attorney to set times and delays under that Act without defendant being present.

Dated: 1/28/2020          /s/Tauri Valera
                          Tauri Valera

I agree with and consent to my client's waiver of appearance.

Dated: 1/28/2020          /s/John Meyer
                          Attorney for Ashley Sanchez

**ORDER**

IT IS SO ORDERED.

Dated: **February 5, 2020**          /s/ Barbara A. McAuliffe
                                     UNITED STATES MAGISTRATE JUDGE

WAIVER OF DEFENDANT'S
PRESENCE; ORDER - 2