JOHN MEYER
225629
16024 W. Brian Ave.
Kerman, CA 93630
Telephone: (559) 385-1565

Attorney for TAURI VALERA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TAURI DOLORES VALERA,<br><br>　　　　　　　　Defendants. | CASE NO.  CASE: 1:18-CR-00054-DAD<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

　　　　John A. Meyer, appointed counsel of record in the above-captioned case, hereby moves for an order allowing him to withdraw as counsel of record and for appointment of new counsel to represent defendant TAURI VALERA. As grounds he states:

　　　　1.　　John Meyer was appointed to represent Ms. Valera on February 5th, 2018 at her initial appearance.

　　　　2.　　 At the time of appointment the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.

　　　　3.　　Mr. Meyer has accepted employment at the Monterey County Public Defender's Office and anticipates starting employment there on February 15th.

　　　　4.　　Monterey County prohibits attorneys from practicing law outside of their employment.

　　　　5.　　As Ms. Valera is still in need of counsel to represent her, the public defender's office has contacted Carol Ann Moses, who is available and willing to accept the appointment.

STIPULATION AND FINDINGS AND ORDER　　　　1

6. Accordingly, the undersigned requests that he be permitted to withdraw from the case and that new counsel, Carol Ann Moses, be appointed.

Dated: February 7, 2022

/s/ JOHN MEYER
John Meyer
Counsel for TAURI DOLORES VALERA

**ORDER**

IT IS SO ORDERED that John Meyer may withdraw from his representation of Tauri Valera, and that CJA panel counsel Carol Ann Moses shall be appointed.

IT IS SO ORDERED.

Dated: **February 7, 2022**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE