PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00054-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TAURI DOLORES VALERA, | DATE: May 10, 2023 |
| Defendant. | TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 10, 2023.

2. By this stipulation, defendant and government now move to continue the status conference until June 14, 2023, and to exclude time between May 10, 2023, and June 14, 2023, under Local Code T4.

3. By this stipulation, defendant and government now move to set a hearing on the deferred prosecution agreement for June 5, 2023 at 8:30 a.m. before the Hon. Ana de Alba.

4. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a deferred prosecution agreement. Additional time is needed in order for the matter to be heard before the District Court in order to formalize the

agreement.

      b)      The government has represented that the discovery associated with this case has very recently been either produced directly to counsel and/or made available for inspection and copying. Additionally, the parties have engaged in plea negotiations and the government has provided a revised plea agreement. Additional time is needed to finalize the plea or determine if the matter will proceed to trial.

      c)      The defendant agrees and stipulates that time should be excluded for the aforementioned reasons. The government agrees and stipulates to the requested date.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 10, 2023 to June 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 4, 2023                                   PHILLIP A. TALBERT
                                                            United States Attorney

                                                            /s/ LAUREL J. MONTOYA
                                                           LAUREL J. MONTOYA
                                                          Assistant United States Attorney

Dated:  May 4, 2023                              /s/ CAROL MOSES
                                                 CAROL MOSES
                                                 Counsel for Defendant
                                                 TAURI DOLORES VALERA

## ORDER

IT IS SO ORDERED that the status conference is continued from May 10, 2023, to **June 14, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The deferred prosecution agreement is set for **June 5, 2023 at 8:30 a.m. before District Judge Ana de Alba**.

IT IS SO ORDERED.

Dated:  **May 4, 2023**                          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE