PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00054-ADA-BAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TAURI DOLORES VALERA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 14, 2023 and time was excluded to and through that date.

2. By this stipulation, defendant and government now request that time be excluded to and through the status hearing set for December 11, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The parties have entered into a deferred prosecution agreement.

   b) On June 5, 2023, the deferred prosecution agreement was finalized before Judge de Alba and Ms. Valera was ordered to appear on December 11, 2023 for a status hearing to determine the defendant's compliance with the terms of the deferred prosecution agreement.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1  c) The defendant agrees and stipulates that time should be excluded to and through the December 11, 2023 status hearing for the aforementioned reasons. The government agrees and stipulates to the same.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 14, 2023 to December 11, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 7, 2023  PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated: June 7, 2023  /s/ CAROL MOSES
CAROL MOSES
Counsel for Defendant
TAURI DOLORES VALERA

**[The remainder of this page intentionally left blank.]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO ORDERED.

Dated:   June 7, 2023

_____
UNITED STATES DISTRICT JUDGE