PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>TAURI DOLORES VALERA,<br><br>                    Defendant. | CASE NO.  1:18-CR-00054-ADA-BAM<br><br>STIPULATION TO VACATE STATUS CONFERENCE; ORDER<br><br>DATE: June 14, 2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for status on June 14, 2023.

2.  By this stipulation, defendant and government now move to vacate the June 14, 2023 status conference.

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The parties have entered into a deferred prosecution agreement.

    b)  On June 5, 2023, the deferred prosecution agreement was finalized before Judge de Alba and Ms. Valera was ordered to appear on December 11, 2023 for a status hearing.

    c)  There is no need for the parties to appear before Judge McAuliffe on June 14, 2023.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

IT IS SO STIPULATED.

Dated:  June 7, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  June 7, 2023

/s/ CAROL MOSES
CAROL MOSES
Counsel for Defendant
TAURI DOLORES VALERA

## **FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED that the status conference set for June 14, 2023 is hereby vacated.

IT IS SO ORDERED.

Dated:   **June 7, 2023**       /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE