PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-000054-03-NODJ-BAM |
|---|---|
| Plaintiff, | MOTION TO DISMISS INDICTMENT [FED. R. CRIM. PROC. 48(a)] |
| v. | |
| TAURI DOLORES VALERA, | DATE: December 11, 2023<br>TIME: 11:00 a.m. |
| Defendant. | COURT: Honorable Jennifer L. Thurston |

Comes now the United States, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and Laurel J. Montoya, Assistant U.S. Attorney, and request leave of the Court to dismiss the Indictment in this case as to the above-named defendant in the interest of justice. This request is made because defendant Valera has complied with the terms of her Deferred Prosecution Agreement.

Dated: December 6, 2023                            PHILLIP A. TALBERT
                                                   United States Attorney


                                            By:   /s/ LAUREL J. MONTOYA
                                                   LAUREL J. MONTOYA
                                                   Assistant United States Attorney


**[The remainder of this page is intentionally left blank.]**

**ORDER**

The Indictment be dismissed as to defendant VALERA is **DISMISSED**.

IT IS SO ORDERED.

Dated:   **December 11, 2023**

_____
UNITED STATES DISTRICT JUDGE